UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ERNEST C. WYATT, SR.,

    Plaintiff,
v.　　　　　　　　　　　　　　　　　　　　CASE NO. 5:17-cv-111-MCR-GRJ

PATRICIA LEMON-WATSON,

    Defendant.
_____/

# **O R D E R**

This cause is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated April 27, 2018. ECF No. 41. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion for Summary Judgment, ECF No. 36, is **GRANTED.**

3. The Clerk is directed to enter judgment for Defendant and close the file.

**DONE AND ORDERED** this 18th day of June 2018.

/s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**